THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ANIBAL ALMODOVAR, Appellant.

Argued June 15, 1943; decided July 20, 1943.

*Rudolph Stand, Robert Mitchell* and *Joseph D. Allen* for appellant.

*Frank S. Hogan, District Attorney* (*Richard G. Denzer* and *Stanley H. Fuld* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.